SUPREME COURT, NASHVILLE

FILED

December 7, 1998

Cecil W. Crowson
Appellate Court Clerk

EDMUND GEORGE ZAGORSKI,　　　)
　　　　　　　　　　　　　　　　　)
　　　　Appellant,　　　　　　　　)　　ROBERTSON CIRCUIT
　　　　　　　　　　　　　　　　　)　　NO. 6052 Below
V.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　NO. 01S01-9711-CC-00240
STATE OF TENNESSEE,　　　　　　)
　　　　　　　　　　　　　　　　　)　　Court of Criminal Appeals
　　　　Appellee.　　　　　　　　　)　　Affirmed
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)

JUDGMENT

This case was heard on the record on appeal from the Court of Criminal Appeals, application for permission to appeal having heretofore been granted, briefs and argument of counsel; and upon consideration thereof, this Court is of the opinion that the appellant was afforded both effective and competent assistance in the guilt and sentencing phases of trial.

In accordance with the opinion filed herein, it is, therefore, ordered and adjudged that the judgment of the Court of Criminal Appeals is affirmed, and the case is remanded to the Circuit Court of Robertson County for the execution of the judgment of this Court and the collection of costs accrued below.

Unless stayed by this Court or other appropriate authority, the sentence of death shall be carried out as provided by law on the 15th day of April, 1999. The previous order directing the sentence of death to be carried out on February 28, 1999, is hereby vacated.

It appearing that the appellant is indigent, costs of appeal will be paid by the State of Tennessee.

12/07/98